| | |
|---|---|
| 1 | Mitchell A. Kamin (Bar No. 202788) |
| | mkamin@cov.com |
| 2 | Carolyn Kubota (Bar No. 113660) |
| | ckubota@cov.com |
| 3 | Mark Y. Chen (Bar No. 310450) |
| | mchen@cov.com |
| 4 | Paulina Slagter (Bar No. 318559) |
| | pslagter@cov.com |
| 5 | COVINGTON & BURLING LLP |
| | 1999 Avenue of the Stars, Suite 3500 |
| 6 | Los Angeles, CA 90067-4643 |
| | Telephone: + 1 424-332-4800 |
| 7 | Facsimile: + 1 424-332-4749 |
| 8 | David Jolley (Bar No. 191164) |
| | djolley@cov.com |
| 9 | Udit Sood (Bar No. 308476) |
| | usood@cov.com |
| 10 | COVINGTON & BURLING LLP |
| | One Front Street, 35th Floor |
| 11 | San Francisco, California 94111-5356 |
| | Telephone: + 1 (415) 591-6000 |
| 12 | Facsimile: + 1 (415) 591-6091 |
| 13 | Attorneys for Defendant |
| | UNITED STATES OLYMPIC COMMITTEE |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA ROSE RAISMAN<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OLYMPIC COMMITTEE; USA GYMNASTICS; LARRY NASSAR; STEVE PENNY; PAUL PARRILLA, AND DOES 1 THROUGH 500<br><br>Defendants. | Civil Case No.: 5:18-cv-02479-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE BRIEFING SCHEDULE ON DEFENDANT UNITED STATES OLYMPIC COMMITTEE'S MOTION TO DISMISS**<br><br>Hon. Judge Beth Labson Freeman |

Plaintiff Alexandra Rose Raisman ("Plaintiff") and Defendant United States Olympic Committee ("USOC"), by and through their respective counsel, hereby stipulate pursuant to Rules 6-1(b) and Rule 6-2 of the Civil Local Rules of the United States District Court for the Northern District of California as follows:

**WHEREAS**, USOC filed a motion to dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) on July 20, 2018 (Dkt. 28);

**WHEREAS**, the motion to dismiss is currently noticed for hearing on January 10, 2019, at 9:00 AM;

**WHEREAS**, under the current schedule, Plaintiff's Opposition is due on September 7, 2018;

**WHEREAS**, under the current schedule, USOC's Reply is due on October 5, 2018;

**WHEREAS**, on August 2, 2018, Magistrate Judge Scott permitted jurisdictional discovery to go forward as to several related cases currently pending in the Central District of California,

**WHEREAS,** Plaintiff and USOC have agreed to continue the briefing schedule on USOC's motion to dismiss in order to permit the parties adequate time to conduct jurisdictional discovery;

**NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE** as follows:

1. Plaintiff's Opposition to Defendant USOC's motion to dismiss will be filed no later than October 12, 2018;
2. USOC's Reply in support of its motion to dismiss will be filed no later than November 16, 2018;

**IT IS SO STIPULATED.**

DATED:  August 15, 2018                    COVINGTON & BURLING LLP


                                           By:   */s/ Mitchell Kamin*
                                                 Mitchell A. Kamin

                                           Attorneys for Defendant
                                           United States Olympic Committee



DATED:  August 15, 2018                    MANLY, STEWART & FINALDI


                                           By:   */s/ Vince Finaldi*
                                                 Vince W. Finaldi

                                           Attorneys for Plaintiff
                                           Alexandra Rose Raisman

# FILER'S ATTESTATION

I, Mitchell A. Kamin, hereby attest, pursuant to N.D. Cal. Civ. L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  August 15, 2018               COVINGTON & BURLING LLP


By:   */s/ Mitchell Kamin*
      Mitchell A. Kamin

Attorneys for Defendant
United States Olympic Committee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2018          _____

                                                            Hon. Beth Labson Freeman
                                                            United States District Court Judge