UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDRA ROSE RAISMAN,<br>Plaintiff,<br>v.<br>UNITED STATES OLYMPIC COMMITTEE, et al.,<br>Defendants. | Case No.18-cv-02479-BLF (VKD)<br><br>**THIRD INTERIM ORDER RE PLAINTIFF'S MOTION TO TAKE DEPOSITION FROM LARRY NASSAR**<br>Re: Dkt. No. 76 |

On December 11, 2018, the Court held a hearing on plaintiff Alexandra Raisman's motion to depose defendant Larry Nassar. Dkt. No. 110. At the hearing, Ms. Raisman requested that the Court hold her motion in abeyance for at least 45 days pending further submission from the parties concerning the impact on the pending motion of the automatic stay that is now in effect with respect to proceedings involving defendant USA Gymnastics, which recently filed a voluntary petition for bankruptcy under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. *See* Dkt. No. 109.

The Court grants Ms. Raisman's request and will hold the motion to depose Dr. Nassar in abeyance through and including **February 1, 2019**. On or before that date, the parties shall advise the Court of their positions regarding whether and how the stay impacts the Court's decision on the motion.

Ms. Raisman shall promptly serve a copy of this order on Dr. Nassar and his criminal defense counsel.

**IT IS SO ORDERED.**

*///*

Dated: December 11, 2018

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge