UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDRA ROSE RAISMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OLYMPIC COMMITTEE, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-02479-BLF<br><br>**ORDER GRANTING REQUEST FOR STAY OF ENTIRE ACTION FOR 60 DAYS**<br><br>[Re: ECF 119] |

On January 2, 2019, some of the parties in this case filed a document titled "Stipulation for Stay of Entire Action for 60-Days in Light of USAG Bankruptcy Petition Filing of December 5, 2018." *See* ECF 119. The document was signed by counsel for Plaintiff Raisman, Defendant USA Gymnastics, Defendant Parilla, and Defendant United States Olympic Committee.

Because the purported stipulation was not signed by Defendants Penny or Nassar, the Court issued an order indicating that it would afford Penny and Nassar an opportunity to respond. *See* ECF 123. The Court set a deadline of January 11, 2019 for any objections to the requested stay. *See id.* Defendant Penny has filed a document stating that he agrees that the matter should be stayed. *See* ECF 124. Defendant Nassar has not responded within the time provided.

Accordingly, absent objection and for good cause shown, the request for a 60-day stay is GRANTED. This case is STAYED through and including March 15, 2019. Defendant Penny's motion to dismiss (ECF 49) is TERMINATED and the motion hearing set for February 7, 2019 is VACATED. Defendant Penny may re-notice the motion, if appropriate, after the stay is lifted. Before re-noticing the motion, Defendant Penny shall contact the Courtroom Deputy Clerk to obtain an available hearing date.

**IT IS SO ORDERED.**

Dated: January 14, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge