MARGARET M. HOLM, State Bar No. 71252
margaret.holm@clydeco.us
MELISSA M. LEOS, State Bar No. 239418
melissa.leos@clydeco.us
**CLYDE & CO US LLP**
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200
Facsimile: (949) 567-7850

Attorneys for Defendant USA GYMNASTICS and Defendant PAUL PARILLA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA ROSE RAISMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OLYMPIC COMMITTEE, a Business Entity of form unknown; USA GYMNASTICS, an Indiana Business Entity of Form Unknown; LARRY NASSAR, an individual, STEVE PENNY, an individual, PAUL PARRILLA, an individual, and DOES 1 through 500.<br><br>Defendants. | Civil Case No. 5:18-cv-02479-BLF<br><br>**DEFENDANT USA GYMNASTICS' STATUS REPORT ON BANKRUPTCY PER COURT'S APRIL 25, 2019 ORDER** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to this Court's April 25, 2019 Order [Dkt. No. 132], defendant USA GYMNASTICS ("USAG") hereby provides this Status Report on Bankruptcy.

The bankruptcy proceedings in the Southern District of Indiana are still ongoing, the bankruptcy has not been discharged, and the automatic stay has not been lifted. It is reasonably anticipated that USAG will remain in bankruptcy into early 2020. Should the Court desire more specific information on the bankruptcy

proceedings, USAG will provide the same.

Regarding the late filing of this Status Report, the long-term legal assistant for USAG's counsel left Clyde & Co US LLP soon after the Court's April 25, 2019 Order was entered. After an internal review today, it appears that the task/deadline to prepare this Status Report was not calendared by USAG's counsel's former assistant. USAG's counsel apologies to the Court and the parties for the late filing of this Status Report due to this calendaring error.

Respectfully submitted,

Dated: October 28, 2019           CLYDE & CO US LLP


By: _____/s/ Margaret M. Holm_____
Margaret M. Holm
Melissa M. Leos
Sheryl M. Rosenberg
Attorneys for Defendant USA
GYMNASTICS and Defendant PAUL
PARILLA

CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200

4805940                    2                    Civil Case No. 5:18-cv-02479-BLF

DEFENDANT USA GYMNASTICS' STATUS REPORT ON
BANKRUPTCY PER COURT'S APRIL 25, 2019 ORDER

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Clyde & Co US LLP, 2020 Main Street, Suite 1100, Irvine, California 92614.

Pursuant to FRCP 5, I certify that I am a legal assistant at Clyde & Co US LLP and that on October 28, 2019, I served the within document(s): **DEFENDANT USA GYMNASTICS' STATUS REPORT ON BANKRUPTCY PER COURT'S APRIL 25, 2019 ORDER**

**BY ELECTRONIC TRANSMISSION OR E-MAIL:** As addressed to all parties appearing on the Court's ECF service list in this action via the Central District of California-Northern Division Court's CM/ECF system, and shall be available for viewing and downloading from the ECF system.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Clyde & Co US LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

**FEDERAL** - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on October 28, 2019, at Irvine, California.

_____
Lorraine Gallo

# SERVICE LIST

*Alexandra Rose Raisman v. United States Olympic Committee, et al.*
U.S.D.C. Case No.: 5:18-cv-02479-BLF

| | |
|---|---|
| John C. Manly<br>Vince W. Finaldi<br>Alex Cunny<br>MANLY, STEWART & FINALDI<br>19100 Von Karman Ave., Ste. 800<br>Irvine, CA 92612<br>Telephone: 949.252.9990<br>Facsimile: 949.252.9991<br>jmanly@manlystewart.com<br>vfinaldi@manlystewart.com<br>acunny@manlystewart.com | ***Attorneys for Plaintiff*** |
| Mitchell A. Kamin<br>Carolyn Kubota<br>Mark T. Chen<br>COVINGTON & BURLING, LLP<br>1999 Avenue of the Stars, Ste. 3500<br>Los Angeles, CA 90067-4643<br>Telephone: 424.332.4800<br>Facsimile: 424.332.4749<br>MKamin@cov.com<br>ckubota@cov.com<br>MYChen@cov.com | ***Attorneys for Defendant, UNITED STATES OLYMPIC COMMITTEE*** |
| Udit Sood<br>COVINGTON & BURLING, LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94111-5356<br>Telephone: 415.591.6000<br>Facsimile: 415.591.6091<br>usood@cov.com | ***Attorneys for Defendant, UNITED STATES OLYMPIC COMMITTEE*** |
| Edith R. Matthai<br>Leigh Robie<br>ROBIE & MATTHAI, APC<br>500 South Grand Avenue, 15th Floor<br>Los Angeles, CA 90071-3062<br>Telephone: 213.706.8000<br>Facsimile: 213.706.9913<br>EMatthai@romalaw.com<br>LRobie@romalaw.com | ***Attorney for Defendant, STEPHEN PENNY*** |
| Lawrence Gerard Nassar (#21504-040)<br>USP-Coleman II<br>U.S. Penitentiary<br>P.O. Box 1034<br>Coleman, FL 33521 | ***Defendant LARRY NASSAR***<br><br>**VIA US MAIL ONLY** |

CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200