# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDRA ROSE RAISMAN, | Case No. 18-cv-02479-BLF |
| Plaintiff, | |
| v. | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| UNITED STATES OLYMPIC COMMITTEE, et al., | |
| Defendants. | |

This case has been stayed since January 2019 at the request of the parties following Defendant USA Gymnastics' commencement of bankruptcy proceedings. On May 22, 2020, the Court issued an order vacating the trial date and all other dates, and directing USA Gymnastics to file a status report re bankruptcy on or before December 1, 2020.

Under these circumstances, the Court finds it appropriate to administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, upon resolution of the bankruptcy proceedings.

**IT IS SO ORDERED.**

Dated: June 26, 2020

_____
BETH LABSON FREEMAN
United States District Judge